UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CROWDER,<br><br>            Plaintiff,<br><br>vs.<br><br>R.A. GAULDEN, et al.,<br><br>            Defendants.<br>_____/ | 1:06-cv-00016-OWW-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 12)<br><br>**ORDER DISMISSING DEFENDANTS SHEPPARD-BROOKS AND FINLEY FROM ACTION** |

    Plaintiff William Crowder ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On October 5, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days.  To date, plaintiff has not filed an objection to the Magistrate Judge's Findings and Recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed October 5, 2006, is ADOPTED IN FULL;

2. This action shall proceed on plaintiff's complaint, filed January 6, 2006, against defendant Gaulden under section 1983 for violating plaintiff's right to privacy by revealing plaintiff's medical information; and,

3. Defendants Sheppard-Brooks and Finley are DISMISSED from this action based on plaintiff's failure to state any claims upon which relief may be granted against them under section 1983.

IT IS SO ORDERED.

**Dated:   November 28, 2006**          /s/ Oliver W. Wanger
emm0d6                                  UNITED STATES DISTRICT JUDGE