UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CROWDER, | 1:06-cv-00016-LJO-SMS PC |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 23) |
| vs. | **ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S STATE LAW CLAIMS FOR DAMAGES** (Doc. 18) |
| R. A. GAULDEN, | |
| Defendant. | |
| | **ORDER DISMISSING PLAINTIFF'S CLAIM FOR INJUNCTIVE RELIEF** |

    Plaintiff William Crowder ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On April 13, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days.

///

1  To date, the parties have not filed objections to the Magistrate
2  Judge's Findings and Recommendations.
3        In accordance with the provisions of 28 U.S.C. §
4  636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de
5  novo</u> review of this case.  Having carefully reviewed the entire
6  file, the Court finds the Findings and Recommendations to be
7  supported by the record and by proper analysis.
8        Accordingly, IT IS HEREBY ORDERED that:
9        1.   The Findings and Recommendations, filed April 13, 2007,
10 is ADOPTED IN FULL;
11       2.   Defendant's motion to dismiss plaintiff's state law
12 tort claims for damages, filed February 9, 2007, is GRANTED,
13 without prejudice, to the extent the complaint may be construed
14 to plead such claims; and,
15       3.   Pursuant to defendant's motion to dismiss, filed
16 February 9, 2007, and the court's screening authority,
17 plaintiff's claim for injunctive relief is DISMISSED from this
18 action.

20 IT IS SO ORDERED.
21 **Dated:   June 13, 2007**               **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE