# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CROWDER,<br><br>    Plaintiff,<br><br>    v.<br><br>R. A. GAULDEN,<br><br>    Defendant.<br>_____/ | CASE NO. 1:06-cv-00016-LJO-SMS PC<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO PROSECUTE<br><br>(Doc. 27)<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR RELIEF FROM FILING PRETRIAL STATEMENT<br><br>(Doc. 31)<br><br>PLAINTIFF'S RESPONSE DUE WITHIN FIFTEEN DAYS |

    Plaintiff William Crowder ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This matter is set for a telephonic trial confirmation hearing on July 28, 2008, and jury trial on September 2, 2008. Pursuant to the Second Scheduling Order, Plaintiff was required to file a pretrial statement on or before July 7, 2008. (Doc. 27.) Although Plaintiff notified the Court that he consents to Magistrate Judge jurisdiction, in compliance with the scheduling order, to date he has not filed a pretrial statement. Defendant's pretrial statement is due on or before July 21, 2008, and in light of Plaintiff's failure to comply with the Court's order, Defendant is requesting relief from filing his pretrial statement. (Doc. 31.)

///

1

For the reasons set forth above, it is HEREBY ORDERED that:

1. Within **fifteen (15) days** from the date of service of this order, Plaintiff shall show cause why this action should not be dismissed, with prejudice, for failure to obey the Court's order and failure to prosecute;

2. If Plaintiff fails to respond to this order, appropriate sanctions shall be assessed, which may include dismissal of this action with prejudice; and

3. Defendant's request for relief from filing his pretrial statement, filed July 16, 2008, is GRANTED, until further notice.

IT IS SO ORDERED.

**Dated:    July 17, 2008**                          /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE