# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CROWDER, | CASE NO. 1:06-cv-00016-LJO-SMS PC |
|     Plaintiff, | ORDER CONTINUING TELEPHONIC TRIAL CONFIRMATION HEARING FROM JULY 28, 2008, AT 8:30 A.M. TO AUGUST 7, 2008, AT 8:30 A.M. |
|   v. | |
| R. A. GAULDEN, | ORDER REQUIRING DEFENDANT TO FILE HIS PRETRIAL STATEMENT ON OR BEFORE AUGUST 1, 2008 |
|     Defendant. | |

    On July 21, 2008, Plaintiff filed a late pretrial statement. Due to the lateness of Plaintiff's pretrial statement, there is not sufficient time for Defendant to file his pretrial statement or for the Court to issue the pretrial order prior to the telephonic trial confirmation hearing. It shall therefore be continued to August 7, 2008, at 8:30 a.m.

    Based on the foregoing, it is HEREBY ORDERED that:

1. Defendant shall file his pretrial on or before August 1, 2008;

2. The telephonic trial confirmation hearing is continued from July 28, 2008, at 8:30 a.m. to August 7, 2008, at 8:30 a.m. before the undersigned; and

3. The Clerk's Office shall send a copy of this order by facsimile to the Litigation Office at California Men's Colony-East.

IT IS SO ORDERED.

Dated:   July 23, 2008            /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE