

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CROWDER,<br><br>             Plaintiff,<br><br>        v.<br><br>R. A. GAULDEN,<br><br>             Defendant. | CASE NO. 1:06-cv-00016-LJO-SMS PC<br><br>NOTICE AND ORDER THAT PLAINTIFF WILLIAM CROWDER, #V-61882, IS NO LONGER NEEDED AS A PARTICIPANT IN THESE PROCEEDINGS, AND THE ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM COMMANDING HIS PRODUCTION ON AUGUST 28, 2008, IS DISCHARGED<br><br>ORDER VACATING JURY TRIAL SET FOR SEPTEMBER 2, 2008, AT 8:30 A.M. IN COURTROOM 4 (LJO)<br><br>ORDER VACATING ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM COMMANDING THE PRODUCTION OF PLAINTIFF WILLIAM CROWDER, #V-61882, FOR JURY TRIAL ON SEPTEMBER 2, 2008, AT 7:30 A.M. IN THIS COURTHOUSE |

        A settlement conference was held in this matter on Thursday, August 28, 2008. The settlement conference has concluded. Accordingly, **Plaintiff William Crowder, #V-61882,** is no longer needed by the Court as a participant in these proceedings, and the order and writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

        FURTHER, the jury trial set for September 2, 2008, at 8:30 a.m. in this courthouse is VACATED.

        THEREFORE, **the order and writ of habeas corpus ad testificandum commanding the production of Plaintiff William Crowder, #V-61882, for jury trial in this courthouse on**

1  September 2, 2008, at 7:30 a.m. is VACATED.  There are no further proceedings requiring
2  Plaintiff to be transported to this courthouse, and he may be returned at this time to the
3  California Men's Colony in San Luis Obispo, if desired by and at the discretion of the
4  California Department of Corrections and Rehabilitation.

DATED: August 28, 2008

SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE