# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CROWDER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. A. GAULDEN,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. 1:06-cv-00016-LJO-SMS PC<br><br>ORDER VACATING ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM COMMANDING THE PRODUCTION OF INMATE JIMMY JAMES SIMPSON, #P-60387, FOR JURY TRIAL ON SEPTEMBER 2, 2008, AT 7:30 A.M. IN THIS COURTHOUSE<br><br>(Doc. 43) |

Jury trial set for September 2, 2008, at 8:30 a.m. in this courthouse has been **VACATED** by court order following settlement of this case on August 28, 2008.

THEREFORE, the order and writ of habeas corpus ad testificandum commanding the production of **inmate Jimmy James Simpson, #P-60387,** for jury trial in this courthouse on September 2, 2008, at 7:30 a.m. is **VACATED**. There are no further proceedings requiring this inmate to be transported to this courthouse, and he may be returned at this time to California State Prison-Los Angeles County, if desired by and at the discretion of the California Department of Corrections and Rehabilitation.

IT IS SO ORDERED.

Dated:　　August 28, 2008　　　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE