# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CROWDER,<br><br>        Plaintiff,<br><br>   v.<br><br>R. A. GAULDEN,<br><br>        Defendant.<br>_____/ | CASE NO. 1:06-cv-00016-LJO-SMS PC<br><br>ORDER DIRECTING DEFENDANT'S COUNSEL TO PREPARE AND SUBMIT THE SIGNED SETTLEMENT AGREEMENT AND STIPULATION OF VOLUNTARY DISMISSAL WITHIN SIXTY DAYS |

A settlement agreement was reached by the parties in this action on August 28, 2008. The settlement agreement was placed on the record by the undersigned, and jury trial set for September 2, 2008, at 8:30 a.m. before the Honorable Lawrence J. O'Neill was vacated.

Defendant's counsel SHALL, within **sixty (60) days** from the date of service of this order, prepare and provide to the Court the signed settlement agreement and stipulation to dismiss this action with prejudice. If additional time is needed, counsel shall file a status report notifying the Court when it can expect the agreement and stipulation to be submitted for Judge O'Neill's signature.

IT IS SO ORDERED.

Dated:     August 28, 2008                            /s/ Sandra M. Snyder
                                                      UNITED STATES MAGISTRATE JUDGE