# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CROWDER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. A. GAULDEN,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. 1:06-cv-00016-LJO-SMS PC<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, FOLLOWING SETTLEMENT AND SUBMISSION OF DISMISSAL STIPULATION<br><br>(Doc. 54) |

　　　On August 28, 2008, the parties in this action reached a settlement agreement, which was placed on the record by United States Magistrate Judge Sandra M. Snyder. The parties were directed to file a signed settlement agreement and stipulation of voluntary dismissal within sixty days. The agreement and stipulation was filed on October 7, 2008. Accordingly, this action is HEREBY DISMISSED, with prejudice, pursuant to the parties' settlement agreement and stipulation of voluntary dismissal. Fed. R. Civ. P. 41(a)(1)(ii).

IT IS SO ORDERED.

**Dated:    October 8, 2008**　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1